

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

To: **Kelly Elaine Slayton (#03078865)**
Re: **Civil Action No. 4:21–3598**
Date: **4/10/2023**
From: **Nathan Ochsner, Clerk**

    Be advised that the clerk's office has received correspondence/pleadings from you as follows:

Enclosed, please find an updated copy of your docket sheet, as requested.

By Deputy Clerk
Nathan Ochsner, Clerk