CLOSED,PRIS

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:21-cv-03598
### Internal Use Only

Slayton v. Hunter et al  
Assigned to: Judge Kenneth M Hoyt  
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 10/27/2021  
Date Terminated: 01/10/2022  
Jury Demand: None  
Nature of Suit: 550 Prisoner: Civil Rights  
Jurisdiction: Federal Question

**Plaintiff**

**Kelly Elaine Slayton**  represented by  **Kelly Elaine Slayton**  
03078865  
Harris County Jail  
1200 Baker St.  
Houston, TX 77002  
PRO SE

V.

**Defendant**

**Gregory Eugene Hunter**

**Defendant**

**Christina Dorough**  
*also known as*  
Kenzie

**Defendant**

**Houston Area Women's Center**  
*also known as*  
HAWC

**Defendant**

**David Ashley of Galveston**  
*Masonic Lodge*

**Defendant**

**Manvel Police Department**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/27/2021 | 1 | Prisoner Civil Rights COMPLAINT against Kelly Elaine Slayton, David Ashley of Galveston, Christina Dorough, Houston Area Women's Center, Gregory Eugene Hunter, Manvel Police Department (Filing fee $ 402) filed by Kelly Elaine Slayton. (RachelSalazar, 4) (Entered: 11/02/2021) |

| Date | # | Description |
|---|---|---|
| 10/27/2021 | 2 | NOTICE to Pro Se Litigant of Case Opening. Party notified, filed. (RachelSalazar, 4) (Entered: 11/02/2021) |
| 10/27/2021 | 3 | MOTION/APPLICATION to Proceed In Forma Pauperis by Kelly Elaine Slayton, filed. Motion Docket Date 11/17/2021. (RachelSalazar, 4) (Entered: 11/02/2021) |
| 10/27/2021 | 4 | Prisoner Trust Fund Account Statement by Kelly Elaine Slayton, filed. (RachelSalazar, 4) (Entered: 11/02/2021) |
| 11/12/2021 | 5 | ORDER granting 3 Motion for Leave to Proceed in forma pauperis.(Signed by Judge Kenneth M Hoyt) Parties notified.(gclair, 4) (Entered: 11/15/2021) |
| 11/16/2021 | 6 | Letter from Kelly Elaine Slayton re: Advising of the right to proceed before a district judge., filed. (jdav, 4) (Entered: 11/19/2021) |
| 11/16/2021 | 7 | Letter from plaintiff re: details of this case, filed. (rkonieczny, 4) (Entered: 11/19/2021) |
| 01/10/2022 | 8 | ORDER OF DISMISSAL. Slaytons federal claims are dismissed withprejudice under 28 U.S.C. § 1915A. Slaytons state law claims, if any, are dismissed without prejudice. This dismissal does not count as a strike for purposes of 28 U.S.C. ' 1915(g). Case terminated on January 10, 2022. (Signed by Judge Kenneth M Hoyt) Parties notified.(chorace) (Entered: 01/10/2022) |
| 09/09/2022 | 9 | Letter from Kelly Elaine Slayton re: jail conditions, filed. (AkeitaMichael, 4) (Entered: 09/12/2022) |
| 11/02/2022 | 11 | CONSENT to Proceed Before a Magistrate Judge by Kelly Elaine Slayton, filed. (SierraThomasAnderson, 4) (Entered: 11/09/2022) |
| 11/08/2022 | 10 | Letter from Clerk's Office re: packet of documents received by Kelly Slayton concerning multiple cases., filed. (bgoolsby, 4) (Entered: 11/08/2022) |
| 01/20/2023 | 12 | DKT-13 - No hearings held. by Kelly Elaine Slayton, filed.(DarleneHansen, 4) (Entered: 01/24/2023) |
| 04/05/2023 | 13 | Letter from Kelly Slayton re: request for docket sheet, filed. (HeatherCarr, 4) (Entered: 04/06/2023) |
| 04/10/2023 | 14 | CLERKS NOTICE to Prisoner. Parties notified, filed. (bgoolsby, 4) (Entered: 04/10/2023) |